UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Jonathan D. Dixon, | ) | C/A No. 0:16-cv-3090-DCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Jessica E. Holland, | ) | |
| Bryson J. Barrowclaw, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's complaint alleging violations of civil rights pursuant to 42 U.S.C. § 1983. ECF No. 1. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), (D.S.C.), this matter was referred to United States Magistrate Judge Shiva V. Hodges for pre-trial proceedings and a Report and Recommendation ("Report"). On September 19, 2017, the Magistrate Judge issued a Report recommending that the complaint be dismissed without issuance of service of process. ECF No. 8. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. ECF No. 1. Plaintiff has filed no objections, and the time to do so has passed.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a de novo determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* U.S.C.

§ 636(b).  The Court reviews the Report only for clear error in the absence of an objection.  *See*

*Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in

the absence of timely filed objection, a district court need not conduct a *de novo* review, but instead

must only satisfy itself that there is no clear error on the face of the record in order to accept the

recommendation." (citation omitted)).

After considering the record, the applicable law, and the Report, the Court finds no clear error

and agrees with the Report's recommendation that the Complaint be dismissed without issuance of

service of process.  Accordingly, the Court adopts the Report by reference in this Order.  The

Complaint is dismissed without prejudice.


IT IS SO ORDERED.

s/Donald C. Coggins<br>
United States District Judge

December 20, 2017
Spartanburg, South Carolina